FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2013 APR 19 PM 12:59
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**SADIAH JABEEN SHAH**
plaintiff

Civil Action No. 3:13-cv-42

**PLAYBOY ENTERPRISES**
defendant

**PLAINTIFF'S ADRESS**

**SADIAH JABEEN SHAH**
**109 Georgetown Circle, Apt. B-5, Athens, Georgia 30605**

**DEFENDANT'S ADRESS**

**PLAYBOY ENTERPRISES INC.**
**9346 Civic Center Drive**
**Suite 200**
**Beverly Hills, California, 90210 US**





# COMPLAINT REFERRAL FORM

## Complaint ID: I1303172015414971

*The following information was provided by the victim and may be forwarded to the appropriate law enforcement or regulatory agencies.*

Date: 03/17/2013 20:15:41

**Victim Information**

| | |
|---|---|
| Name: | Sadiah Jabeen Shah |
| Business Name: | United Business Center |
| Age: | 30 - 39 |
| Gender: | F |
| Address: | 109 Georgetown Circle<br>B-5 |
| City: | Athens |
| Do you live within the city limits?: | Yes |
| County: | Clarke |
| State: | Georgia |
| Country: | United States |
| Zip Code/Route: | 30605 |
| Phone number: | 7063519874 |
| Email Address: | swshah786@hotmail.com |

Name of your local police or sheriff's office:
[left blank]

Is the complaint you are filing related to the Internet or an online service? [left blank]

Do you have pertinent documents in paper form? [left blank]

**Information about the Individual/Business that victimized you**

Business Name: Playboy
Name:
Gender: U
Address:
City:
State: California
Country: United States
Zip Code/Route:
Phone number:
Email Address:

**Other Identifiers**

Web Site:
IP Address:
IRC Server:
Chat Room Name:
Usenet Newsgroup:
Other:

**Monetary Loss**

If you lost money from the incident you are reporting, please specify the total dollar amount of your loss.
999999999

Please indicate the means of payment (select all that apply)

- [x] Cash
- [ ] Cashier's Check
- [ ] Check/Debit Card
- [ ] Credit Card
- [ ] Money Order
- [ ] Wire Transfer
- [ ] Other (Specify)

Did you use a third party online payment service such as PayPal, BidPay, Escrow? [left blank]

**STATUTES**

**(2010) TITLE 16 CHAPTER 4- (1)(2)(3)(4)(6)(7)(8)(10)**
**(2010) TITLE 16 CHAPTER 6**
**(2010) TITLE 16 CHAPTER 7-**
**O.C.G.A. 16-6-1**
**O.C.G.A. 16-6-2**
**O.C.G.A. 16-6-5**
**O.C.G.A. 16-6-8**
**O.C.G.A. 16-6-9**
**O.C.G.A. 16-6-10**
**O.C.G.A. 16-6-11**
**O.C.G.A. 16-6-16**
**O.C.G.A. 16-6-18**
**O.C.G.A. 16-6-19**
**O.C.G.A. 16-6-22**
**O.C.G.A. 16-6-23**
**O.C.G.A. 16-6-25**
**O.C.G.A. 16-5-90**
**O.C.G.A. 16-5-91**
**O.C.G.A. 16-5-93**
**O.C.G.A. 16-5-94**
**O.C.G.A. 16-5-96**
**(2010) TITLE 16 CHAPTER 5-110**

**FLORIDA STATUTE**
**ACT. 18 U.S.C. CHAPTER 65**
**TITLE 18 U.S.C. CHAPTER 77**
**TITLE 18 U.S.C. CHAPTER 1589**
**TITLE 18 U.S.C. CHAPTER 1590**
**TITLE 18 U.S.C. CHAPTER**
**TITLE 817 CHAPTER 11**
**TITLE 817 CHAPTER 416**
**TITLE 817 CHAPTER 483**
**TITLE XLVI CHAPTER 775**
**TITLE XLVI CHAPTER 777**
**TITLE XLVI CHAPTER 784**
**TITLE XLVI CHAPTER 787**
**TITLE XLVI CHAPTER 794**
**TITLE XLVI CHAPTER 796**
**TITLE XLVI CHAPTER 800**
**TITLE XLVI CHAPTER 806**
**TITLE XLVI CHAPTER 812**
**TITLE XLVI CHAPTER 825**
**TITLE XLVI CHAPTER 826**
**TITLE XLVI CHAPTER 847**
**TITLE XLVI CHAPTER 870**
**TITLE XLVI CHAPTER 874**
**TITLE XLVI CHAPTER 876**
**TITLE XLVI CHAPTER 877**
**TITLE XLVII CHAPTER 916**
**S.119.071 (2) (h)**
**16-5-60**
**16-5-61**

**COMPLAINT ID: I1303172015414971 PLAYBOY**
**COMPLAINT ID: I1303172103005921**

1) Playboy, their affiliates, associates, employees, co-ordinators, photographers, planners, producers, directors, models, actors, actresses, videographers have been scrutinizing me and my life without my consent or contract contracting the Athens-Clarke County Government for me as the county deemed me a free personn their slave.
I am a citizen of the State of Florida and State of Georgia had no right to make decisions on my behalf by signing contracts and agreements with the medias to make money off of my person without my consent or contract.

2) They have been looking at me through some media secret surveillance links and satellite voyeuring without my consent or contract.

3) They have been watching me to get new ideas for their pornography industry as they had been watching me on TV getting disgraced by the black and white races in the USA without my consent or contract. They assumed I was content for their industry, even though I am a philosopher and writer kind of person.

4) CBS Corporation and CBS Broadcasting Inc. and other media groups filmed me and abused me in all the wrong ways so much, so that I do not get to be recognized as a respectable philosopher. They allowed a black man and other media tycoons and stars to rape me, watch me naked and touch me the wrong way on air without my consent or contract. They practiced black magic upon my person without consent or contract.
Playboy without my consent or contract assumed that I wanted to be part of the pornographic industry.

5) Playboy without permission, consent or contract watched my private, married life sex videos shamelessly since 2004-2005 when I was resident of Cobb County, Georgia.

6) Playboy got me abused as they had been watching me for sexual content around the same time the movie
WOMAN ON TOP was released. It all was disclosed in 2012 as my private life went on air for the entire world to watch by USA.

7) As Playboy had been watching me so the Federal Govt. and US Media Groups together including Playboy assumed I would become a porn star or immediately get ready to marry a black or white man whomsoever the US media or government picked for me as they were giving me money as Oprah had stolen and used my Facebook account, my photos, my Facebook project of Pakistani brides was also stolen by Oprah without my consent, contract or permission.

8) So Playboy assumed they could use my Pakistani bride project as well all on their own without consent or contract for the most revolutionary and exxiting kind of new entertainment for the lechers of Americas, Europe and Hindustan

9) It all happened because I am a Syeda Muslima Momina {[(Momina meaning the sinless woman. The word that the Shia Kafir have hijacked and use for Shia-Kafir prostitutes and pimps these days to insult the Muslim men and women everywhere in the world)]} from the family of the Prophet Mohammed.
And Playboy without any research assumed the same. As Shia prostitutes are replete in the porn-industry.

10) Playboy had no business looking at me without my consent or contract.

11) Playboy is a sinner, criminal business, organization that was allowed to watch, abuse, rape me by psychedelic means and physical surveillance as they watched the US media, government, international intelligence agencies, US intelligence agencies, Athens Clarke County, Marietta Cobb County, abuse me

and assumed they could do the same and film me having sex with black guys. Their pretence being US Media sinners and criminals without consent or contract abused me and they had the right to film me as well without my consent or contract.

12) The Michael Lawrence was working for thee porn-industry and the whole world had known him as a porn-star. Oprah , the US media, the US Government, Athens-Clarke County were aware of all the doings of Michael Lawrence and they allowed Michael Lawrence to rape my soul through magic extracted using my hair and menstrual blood. That was a new idea they got from me as well. Playboy assumed they could do the same and create a revolutionary concept in the porn-industry without my consent or approval.

13) Playboy and all their affiliates recorded, filmed, watched, transmitted, abused and paid men to have sex with my soul as a punishment for not marrying Michael Lawrence, {[(the lecherous black guy who raped me and practiced the most dangerous forms of black magic and voodoo upon me and Athens Clarke County Government participated as well to teach me lessons for not committing adultery in their county as it is the worst county in the world, as they never let a woman leave without sinning ever, as they are used to treating the UGA students in criminally sinful ways and they shut up about it as they have no proof of the abuse and are worried about their reputations and careers; and the Mayor Nancy Denson is the despot who doesn't want her rapist sinful, criminal sons to be accused or punished at all. Michael Lawrence ate poop on the show VooDoo Matrix and called me a married woman WORSE DAMN HACK and exposed me to danger as Worst Damn Hack is a clal to all the lecherous men in the world to make the woman a prostitute in the society who is about to come into some kind of money or murder her; and the entire community participates in the murder.)]}

14) I was all the while half-dead in the head during the entire fatally fictitious proposal project of Oprah, Michael Lawrence and the VOODOO MATRIX SHOW without consent or contract.

15) Playboy started stalking me wherever I was.

16) Playboy did sexually explicit things to me. My soul was regarded a juvenile and I felt being gang-raped all day and all night without consent.

17) Playboy filmed me with black and white nude men all day and all night whether in reality I was wearing clothes or not without consent or contract.

18) Playboy video graphed me with black and white naked men on top of me and below me and I sandwiched in between without consent or contract.

19) I am a Muslim legally married woman in 2 continents and nations with al the appropriate legal marriage licenses to Waqar Shah my cousin as is the way of the Muslims. Its our legal way to stay safe in the world. Keeping our DNA, genes, heritage safe and pure as out of the family we are advised there is abundance of illegitimate people as my ex-husband Arshad Masaud Gillani. So we have to keep ourselves sacred for our husbands only preferably from our own families.
I have difficulty understanding what made my married sexual life be revealed to Playboy? The fact that I am a philosopher that the US wanted to bring down in a second in history.

20) The US scrutinized my entire life and exposed me to Playboy scrutiny.

21) I was without consent or contract picked the Facebook Face of the Year 2012 at age 37 while I had a legal business in the State of Georgia. Playboy got ideas looking at my photos wondering they had seen me before and shamelessly assumed I am a Playboy Playmate wan-a-be as all women Christian, Kafir, Shia, Hindu, Chinese are. They assumed the whole situation without my consent, without a contract.

22) Playboy committed capital crimes against me with the consent of Athens-Clarke County and I assume paid Athens-Clarke County for the services as if I was the slave in Athens-Clarke County, without consent

or contract.

23) Athens Clarke County has never been held accountable for the crimes committed against the female sex especially who are foreign students or who are not students at al living as civilians in the county. Women disappear and there is no scrutiny at all.
Playboy used and abused me as they were used to getting free meat for their industry from Athens-Clarke County of North Georgia.

24) My body didn't sin in the County or anywhere in the US so the family of Nancy Denson made me a reality show for sin. They pulled the soul out of my body and made it a fairy for the entire town to view. Wherever I went people looked at me, stalked me and told me look at the fairy. I was the most beautiful soul the world had ever seen. The white women of Athens Clarke County were not as beautiful so they decided to destroy my reputation in both the worlds by making me and my life Playboy content.

25) Athens-Clarke County offered Playboy a free model that is I for abuse and nudity knowingly who I am and my whereabouts, pretending I am dead and left my soul out on the streets for the porn-industry criminals to pick me up. They made contracts in the head psychic games so that they get easy money through human-trafficking without any detection. Miskeen Ali partnered with them and volunteered to drop me off in the ghetto for rape and abuse and material for Playboy. As she was to marry Michael Lawrence.

26) Playboy included all the races of the world to abuse and rape me; Sikh, Hindu, Shia, Qadiyani, white and black.

27) Playboy has picked up ideas from various US TV channels watching me touching my vagina in bed with my husband as the Primetime Media Hype Show all over the world and copied the idea in their industry using my images and look-alike images without my consent or contract.

28) Playboy looked at my pictures and created my look-alike faces for their porn-industry through facial surgery, make-up, therapy, impression scanning, nano-technology, psychic auras all over the world without my consent or contract. And got my face abused for the purpose that the face be ridiculed by the porn-industries all over the world to please the white and black races of the Americas.

29) Playboy stole the bathing in the bathroom concept from me as I do not own a Jacuzzi and only use the bathing tub to have fun and splash water around the bathroom floor and love the soothing effect of warm water bathing. All of a sudden the bathing tub idea was popular in the porn-industry and all around the world. Without my consent or contract they continued watching me for ideas for years.

30) Playboy watched me touch my nipples while not allowing my husband to touch my boobs while having sex. All of a sudden the entire world started doing the same as aired by various US and International channels the abusive reality show of my bedroom legally married life and Playboy used the ideas in their industry without my consent or contract watching me without my knowledge or permission.

31) Playboy made it a fashion symbol to go wavy and flopped the hair iron idea.

32) I have been humiliated in the world as everybody knows my face as being in the porn-industry and disrespect me as a bad woman due to this filthy reputation.

33) I have been ridiculed by men all over the world for being a dirty woman, "a faggota" (as the porn-industry labeled me in the head game), unfit for marriage even to my own husband. I deem this responsibility of Playboy along with others.

34) I have been made infertile after this satanically, sinful, crime and have no hope of off-springs in this world or the next.

35) I am a Muslim. The Muslim population has been drastically depleted in the world. This was an agenda against the good, non-satanic races of the world. As a result of this terrorism my genetic order has been depleted forever in the world and I have been made to suffer a solitary life.

36) As a result of this crime my soul was plucked out of my body.

37) Playboy has my computer's IP address and keep removing saved documents from my computers.

38) In 2004 my brother Syed Ali Imran was surfing on the web and the Playboy porn stars started stalking him on the internet. One of them started seducing my brother into becoming his friend and she started leaving cues on-line for my brother to follow her. She started chatting with my brother and told him how much she loved him. He believed her and send her gold bangles. He was ready to propose marriage to her and she asked for my whereabouts. My brother gave me her number and she started calling me all the time and calls were returned back and forth from California. I had no clue of who she was. She just kept telling me she had a job and how much she loved my brother (my e-mail address was swshah786@hotmail.com)

39) The next thing is that my brother was ready to marry her as he was being played mind games upon just as Michael Lawrence was playing love mind games with me.

40) My brother started telling me stories of love as well of how much love he was in. Then he started showing her pictures to his friends and they informed him that the woman was a Playboy porn-star. By that time my brother had sent her my pictures as she wanted to know how I looked excited to be my sister-in-law-to-be. And I started experiencing uncomfortable sensations.

41) My brother immediately called me and told me to stop having any contact with her. Through her Playboy constantly accessed my information. I started receiving filthy junk mail. I received offers from manufacturers of products like Viagra and pornographic male-gender products with graphic and obscene images of male sexual parts from Playboy affiliates.

42) In 2005 my father in Pakistan died a sudden death telling me he felt strange sensations of somebody tickling his throat. He coughed for hours and hours and suddenly passed away. At that point I was only being stalked by Playboy affiliates. As my brother got married to a relative of the Playboy porn-star who was stalking him on-line and she had strange ways and wore the strangest clothes.

43) In 2005 I faced tormentous pain as Playboy started psychedelics upon me in the US as soon as I returned from my father's funeral. They started forcing my husband and I to divorce through extreme mind game play. And they were watching me day and night through secret surveillance links and devices installed inside my apartment. I felt strange sensations of being raped and tampons being inserted into my vagina without I being menstrual.

44) In 2005 they were watching me through the huge mirrors installed inside my bedroom and I was being watched through surveillance devices installed within my apartment. I felt as if 10 or more men were psychic with me and I felt like unnatural desire to act like a man in bed and didn't enjoy sex but felt the need to have sex 3 to 5 times and my husband was shocked and stopped liking me as I was being watched by Playboy affiliates. I started growing very thick hair on my face and went to see a doctor and he told me that my brain is thinking that I am a man that is why I am unable to even conceive. The brain has to be functioning normally for a woman to conceive. I didn't understand at that point entirely what he meant.

45) They accessed my Facebook accounts to create stories for their adult industry. They used images for model enhancement by using faces from my Facebook and other online accounts.

46) They offered me job in the head getting ideas all on their own by stalking me that I would like their practices. I have been distressed by attention from such lewd organizations as I was the victim of human trafficking .

47) I have been terribly traumatized and surrounded by unethical criminals and stalkers.

48) Playboy contracted miscellaneous persons from Athens or neighboring cities to impersonate me and or represent me.

**Description of the Incident**

Describe in your own words how you have been victimized.

They have the secret surveillance FBI profile link to my apartment and the Playboymansion has been watching me without my permission or contract and getting ideas from me a married born US citizen Pakistani Muslim married woman in my small apartment having sex with my husband. I had been picked as a celebrity without consent by CBS and they sold the links to all my residences in the US. They have been stalking me. Hugh Hefner himself has been looking at me and stalking me to get ideas of how I bathe, shower, talk, chat, have sex, dress and undress, chat with my husband in bed, how my husband massages me in bed to please me, how many times we went on vacations and where and how we had sex. ALl on their own they created a Muslimah industry of sex ideas and named me a sex and conglomerate of sexual and intellectual ideas. They never took my permission and I feel being raped all day and all night. The local police have said that its not their jurisdiction to interfere in the Playboy affairs.
They watched me naked and practicing kamasutra in the privacy of my own rented apartment with my legally married lawful husband without my or his permission. They watched, transmitted, sold, purchased and created ideas and films based on the ideas they received from me.
I have been very perturbed by their stalking. Hugh Hefner gets all psychic with me and offered job getting psychic with me and wanted me to get in touch with him all by myself.
Last year I was picked Facebook Face of the Year 2012 and he got ideas about me a Muslimah. Facebook never got my permission or approval either. They just grabbed the opportunity and invited themselves to steal my beautiful Facebook images.
Playboy and CBS are responsible for involving hindu sikh people to rape my soul that was converted to a living doll by them through magic/voodoo without consent or permission or contract.

I was very perturbed and a guy named Michael Lawrence was involved. Playboy purchased those images and got ideas about pure Muslim women as their business had come to a saturation point and they wanted fresh new meat for the business and fresh new ideas, faces, voices, culture, practices...so they decided to hack Muslim women and watch them and their husbands having sex.
The have given th esexual information and sold it to FX as last night a teenage couple was having sex the way I had with my husband. They have portrayed me masturbating on their Playboy channels and made their payed models and actresses behave as I do. And they have taken ideas of bathing from me and sold ideas to all their sexually explicit content producers all around the world. They have been buying, selling filming me and my soul without my knowledge by enslaving my soul as a sex-slave as I was the most beautiful soul on the planet. They gave my soul to the hindus and the sikh and the jews and the muslims and the black and white folk to rape me and showed numerous men raping me on their x-rated adult channels. While I am an innocent victim. I had been feeling being raped continuosly and they still en-slave my soul at night while I am sleeping. I can't sleep properly for fear they will through voodoo get my soul. I am scared of using the bathroom as they watch me continuously all day and all night monitoring me and showing me to their models, producers, actors, directors, friends, affiliates, acquaintances, relatives all over the world; splurging and flourishing in my ignorance. They stole all kinds of information from me, even words I uttered to my husband in bed. I have long black hair. They have made it fashion symbol to go wavy and flop the hair straightener idea.
They get ideas from me the kind of colors I wear. I do not ever wear sexy lingerie and they got that idea and have started moderating their actors to simplicity to keep their business afresh.
I am the only one suffering. There may or may not be others. But I got into this messy criminal scam not because of my choosing.
I am innocent victim of this heinous capital crime. They have also bee practicing aggravated magical influencs and made the sikh men and hindu men nave sex with my illumined soul and portray me as an adult actress even though I am not that. I am innocent victim of these capital crimes.

Please indicate any medium used by the individual/business in the course of the incident.
- [ ] Bulletin board
- [ ] Chat room
- [ ] Email
- [ ] Fax
- [x] In person
- [ ] Internet messaging
- [ ] Mail
- [ ] Newsgroup
- [ ] Telephone
- [ ] Web site
- [ ] Wire
- [ ] Other

Please indicate the initial means of contact with the individual/business that victimized you.
In person

Was this initial means of contact unsolicited/uninvited?
[left blank]

What was your relationship with the individual/business you are complaining about prior to the incident you are reporting?
no prior relationship

Did you conduct any research on the individual/business prior to the incident?
[left blank]

How much time has passed since you determined you were victimized?
6 months or more

**Contact Information**

Are there witnesses or other victims to this crime?

[left blank]

Have you reported this crime to any law enforcement or government agencies?

- [ ] Better Business Bureau
- [ ] Consumer protection agency
- [ ] Individual/business that victimized you
- [x] Police/other law enforcement
- [ ] Private attorney

Provide the specific name of each organization, contact name, contact phone number, email address, date reported, and report number (if known).

[left blank]

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I have read the IC3's Privacy Policy, and understand that this information will be maintained and controlled by the FBI and shared with the National White Collar Crime Center as a partner in the IC3, and additionally may be shared with law enforcement and regulatory agencies. If available, I will provide additional documentation not included in this complaint, such as email correspondence, payment receipts, or electronic logs, upon request to the best of my ability. I authorize the dissemination of the complaint, or information in the complaint, to appropriate federal, state, local, tribal, or international Law Enforcement Agencies (LEAs) for purposes of investigating the complaint.

Sadiah J. Shah

PLAYBOY MANSION

# COMPLAINT REFERRAL FORM

## Complaint ID: I1303172103005921

*The following information was provided by the victim and may be forwarded to the appropriate law enforcement or regulatory agencies.*

Date: 03/17/2013 21:03:00

**Victim Information**

| | |
|---|---|
| Name: | Sadiah Jabeen Shah |
| Business Name: | United Business Center |
| Age: | 30 - 39 |
| Gender: | F |
| Address: | 109 Georgetown Circle<br>B-5 |
| City: | Athens |
| Do you live within the city limits?: | Yes |
| County: | Clarke |
| State: | Georgia |
| Country: | United States |
| Zip Code/Route: | 30605 |
| Phone number: | 7063519874 |
| Email Address: | swshah786@hotmail.com |

Name of your local police or sheriff's office:
[left blank]

Is the complaint you are filing related to the Internet or an online service? [left blank]

Do you have pertinent documents in paper form? [left blank]

**Information about the Individual/Business that victimized you**

Business Name: Playboy Mansion
Name:
Gender: U
Address:
City:
State: California
Country: United States
Zip Code/Route:
Phone number:
Email Address:

**Other Identifiers**

Web Site:
IP Address:
IRC Server:
Chat Room Name:
Usenet Newsgroup:
Other:

**Monetary Loss**

If you lost money from the incident you are reporting, please specify the total dollar amount of your loss.
999999999

Please indicate the means of payment (select all that apply)

- [x] Cash
- [ ] Cashier's Check
- [ ] Check/Debit Card
- [ ] Credit Card
- [ ] Money Order
- [ ] Wire Transfer
- [x] Other (Specify)All my images,pictures,pornfilms,nudefilms,DVDs

Did you use a third party online payment service such as PayPal, BidPay, Escrow? [left blank]

**Description of the Incident**

Describe in your own words how you have been victimized.

I am a married Pakistani Muslimah US born citizen. The Playboy Mansion has been watching my on-line secret surveillance law-enforcement links. They have never had anything to do with me or I with them. I was an ordinary small town business lady been abused by the media and portrayed in all the wrong ways and abused immensely for being raped on air without my fault as they took and en-slaved my Muslim soul unable to understand why I didn't commit adultery ever in my life. They contracted a married black Michael Lawrence husband of Kamala Lawrence to rape me on live TV while I was having sex with my lawfully legal husband Waqar Shah. I was in bed with my husband while my soul was enslaved without my or my permission or a contract.

They grabbed the opportunity and payed for CBS's David Letterman to abuse me and rip my vagina apart for not leaving my husband and being Michael lawrence's girlfriend as Michael Lawrence had been practicing black magic upon me with the help of his wife Kamala Lawrence and I felt vibes of sexual frenzy and unnatural attraction and abnormal love for him while he had made it clear to me that he was married I got in touch with him on Facebook and became Facebook Face of the Year2012. Lawrence ended the affair by calling me worse damn hack on live national TV. The entire world pounced upon my soul like vampires and ripped me apart and raped me.

Playboy Mansion took the opportunity and used my images online films and my live secret surveillance links and used them to buy, sell, transmit, use, abuse, and payed men to have sex with my soul, they all told me we got paid and laid and you are raped and gagged.

After the Michael Lawrence affair was over they didn't get in touch with me at all to return my soul thatthey had entrapped and enslaved as they wanted to run their porn business off of my innocent soul.

I have been terribly desecrated and they all raped me. I felt being spoken to in all kinds of languages and accents. I felt filthy feelings of men and filthy profanity. I remember some faces and some tied my eyes and plugged my ears so that I could not hear their voices. Play boy Mansin paid each and every man and Mesbian to rape me so that I had no problem accepting their offer in the psychic head game that CBS conceived against me. I am Syeda Muslimah. We never have sex outside of marriage it is a crime and sin punishable by being flogged to death.

Its a capital crime to extract a soul and raping it. Its aggravated: rape, molestation, inducing multiple deaths upon my person to run their porn industry srbitrarily and make ways for me to be assassinated while I was declared wife of the US President and officially the Mayor of Athens-Clarke County and US Facebook Face of the Year 2012 and the President's and his team's pick.

They committed capital crime upon capital crime against me in satannic ways. They terrorized me so that I stayed at home and static in one place and position so that their industry kept running off of an unpaid actress.

They sold my sexually explicit nude content in bed with my legally, lawfully married husband at that time. I had no clue how to get my soul back to my body. My body felt half dead. I felt like a living dead person drained off of all energy. I felt being diabetic and weak and sick.

They like brutes used me as a rape doll. I didn't have the energy or the understanding or knowledge of what to do. The court and police regarded this capital crime as a civil suit as it was a dirty criminal showbiz affair. I was a declared Muslim as my other declared Muslim relatives were registered as my legal heirs and inheritors. The media tycoons signed contracts with my ex-husband and my cousins because they knew satanic practices and I and mu husband didn't. They deemed my body didn't belong to me but it belonged to the local masjid and Churches, my cousin, Michael Lawrence, The local Athens-Clarke County government and police, Kamala Lawrence, Shumaila and Rehana Choudhary, Sadia Raja, CBS Corporation, Playboy and Playboy Mansion, The local Athens Brothel houses, Mike Dekle and his relatives, the local conveniences stores, whatever hindu, sikh or bengali had access to me.

I have been extremely traumatized by all this filthy business. My body won't sin so they got hold of my soul to rape.

Then they transmitted, aired, projected, showed, staged and payed for the rapes. They contracted everybody to rape me. They were contract killers. The Playboy Mansion assumed I would be dead or will

commit suicide without telling my half- dead soul and half-dead body rape tale.

I am extremely traumatized and don't want to be touched by anybody. I have rehabilitated myself out of this filthy capital crime. People stare at me wherever I go to tell me of the abuse.

I have been denied the right to get the abuse money as people who were contracted to assassinate me were looking forward to my death and all who were contract killers and rapists expected me to commit suicide which I didn't and they started extremely painful black magic practice tomake me infertile and they have managed to do the same. I am totally infertile and have aged 15 to 20 years more within the span of a year.

Playboy Mansion and Hugh Hefner and his other associates and employees and girlfriends continue looking at me and watch me at home even though I am a simple woman with no fancy life style at all. They have contributed my sexual life to the world of pornography. They have sold my ideas and images all over the world and given the porno stars a new look that is my look. I never have even been to the saloon for a hair cut in 5 years. My Kajal was stolen and the models worldwide have been wearing kajal after witnessing me wear it. They have told the entire international family of TV channels worldwide to bathe in the bath tub all men, women, kids, models these days bathe as I bathe.

Please indicate any medium used by the individual/business in the course of the incident.
- [ ] Bulletin board
- [ ] Chat room
- [ ] Email
- [ ] Fax
- [x] In person
- [ ] Internet messaging
- [ ] Mail
- [x] Newsgroup
- [ ] Telephone
- [ ] Web site
- [ ] Wire
- [x] Other

Please indicate the initial means of contact with the individual/business that victimized you.
In person

Was this initial means of contact unsolicited/uninvited?
[left blank]

What was your relationship with the individual/business you are complaining about prior to the incident you are reporting?
no prior relationship

Did you conduct any research on the individual/business prior to the incident?
[left blank]

How much time has passed since you determined you were victimized?
6 months or more

**Contact Information**

Are there witnesses or other victims to this crime?

[left blank]

Have you reported this crime to any law enforcement or government agencies?

- [ ] Better Business Bureau
- [ ] Consumer protection agency
- [ ] Individual/business that victimized you
- [x] Police/other law enforcement
- [ ] Private attorney

Provide the specific name of each organization, contact name, contact phone number, email address, date reported, and report number (if known).

[left blank]

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I have read the IC3's Privacy Policy, and understand that this information will be maintained and controlled by the FBI and shared with the National White Collar Crime Center as a partner in the IC3, and additionally may be shared with law enforcement and regulatory agencies. If available, I will provide additional documentation not included in this complaint, such as email correspondence, payment receipts, or electronic logs, upon request to the best of my ability. I authorize the dissemination of the complaint, or information in the complaint, to appropriate federal, state, local, tribal, or international Law Enforcement Agencies (LEAs) for purposes of investigating the complaint.

Sadiah J. Shah